# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA, Plaintiff** | |
| vs. | Case No. 17-00506(FAB) |
| **KEVIN JONIEL MENDEZ - BAEZ Defendant** | |

## NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

COMES NOW the defendant, **KEVIN JONIEL MENDEZ BAEZ**, through the undersigned attorney, and respectfully prays as follows:

Notice is hereby given that the Defendant, Kevin Joniel Méndez Báez, in the above named case hereby appeal to the United States Court of Appeals for the First District from the Judgment of July 12, 2018.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, July 19, 2018.

I HEREBY CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Parties may access this filing through the Court's system.

**GONZALEZ VELEZ LAW OFFICES, PSC**
PMB 131
La Cumbre, 273 Sierra Morena
SAN JUAN, P.R. 00926
TEL. (787) 790-8830
FAX. (787) 272-8820


*s/Yassmin González Vélez*
**YASSMIN GONZALEZ VELEZ**
USDC: 218209
ygonzalez@gonzalezvelezlaw.com